**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

**No. 19-2097**

In re:  WILLIAM DAWSON,

    Petitioner.

On Petition for Writ of Mandamus.  (5:18-hc-02303-BO)

Submitted:  December 19, 2019      Decided:  December 23, 2019

Before NIEMEYER, AGEE, and QUATTLEBAUM, Circuit Judges.

Petition denied by unpublished per curiam opinion.

William Dawson, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Dawson petitions for a writ of mandamus, asking that we direct the district court to rule on his motion for release pending appeal. The district court's docket indicates that the district court recently denied as moot Dawson's motion for release. Accordingly, although we grant Dawson's application to proceed in forma pauperis, we deny the mandamus petition as moot. We further deny Dawson's motion to remand. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*